IN THE UNITED STATES BANKRUPTYC COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE: ) CASE NO. 06-50934-JDW
 )
FOREST VAN MULL )
 )
    DEBTOR, ) CHAPTER 7

## NOTICE OF TURNOVER OF UNCLAIMED FUNDS

COMES NOW, Joy R. Webster, Chapter 7 Trustee in the above-referenced case and pursuant to 11 U.S.C § 347 and F.R.B.P. 3011 show the following:

1.

The above-referenced case was filed on June 5, 2006 and Joy R. Webster was appointed as and acted as Chapter 7 Trustee in the case.

2.

A Distribution was made to creditors from the estate on or about November 9, 2009. As part of the distribution, a check was forwarded to Reginald Sullivan in the amount of $2,650.00 for payment of his wage claim. Said check was returned with a forwarding address. Check was sent to the forwarding address on December 18, 2009. The check became stale dated and a stop payment was issued. Once the stop payment was issued the mail was returned with no forwarding address. Attempted to contact a Reginald Sullivan located at 128 Graystone Circle, Macon, GA 31211 on March 25, 2010 to no avail.

3.

A check has been issued made payable to the United States Bankruptcy Court in the amount of $2,650.00 to be disposed of as unclaimed funds.

Wherefore, Joy R. Webster, Chapter 7 Trustee prays that the Court will accept the funds and dispose of them appropriately.

This **5th** day of **May, 2010.**

                                          /s/ Joy R. Webster
Akin, Webster & Matson, P.C.        Joy R. Webster
P.O. Box 1098                           Chapter 7 Trustee
Macon, GA 31202                    GA Bar No. 605523
(478) 742-1889